UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **EDDIE DEE WALLACE**<br>　　**LA. DOC #95517**<br>**VS.**<br><br>**CALVIN C. McFERRIN,**<br>**WARDEN** | **CIVIL ACTION NO. 5:12-cv-2119**<br><br>**SECTION P**<br><br>**JUDGE ELIZABETH E. FOOTE**<br><br>**MAGISTRATE JUDGE KAREN L. HAYES** |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 be **DISMISSED WITH PREJUDICE** as time-barred by the provisions of 28 U.S.C. § 2244(d).

**THUS DONE AND SIGNED,** in chambers, in Shreveport, Louisiana, on this 6th day of November, 2012.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE